IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHAWN O'BRIEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MONTANA HIGH SCHOOL ASSOCIATION and MONTANA OFFICIALS ASSOCIATION,<br><br>　　　　Defendants. | CV 23-13-BLG-SPW-KLD<br><br>ORDER |

　　　I hereby recuse myself from this matter on the ground that my sister, Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office. Accordingly, I ask that this case be reassigned.

　　　DATED this 10th day of April, 2023.

　　　　　　　　　　　　　　　　　　／s／ Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　United States Magistrate Judge